# RESCRIPT OPINIONS.

JANE H. PERKINS & others[1] vs. PAUL J. RICH & another;[2] BAY STATE
FEDERAL SAVINGS & LOAN ASSOCIATION & another,[3] interveners. Janu-
ary 7, 1982. This case is before us on further appellate review following
an opinion of the Appeals Court affirming judgments of the Superior
Court. Perkins v. Rich, 11 Mass. App. Ct. 317, 324 (1981). At issue is the
validity of certain mortgages given to two banks by instruments executed
by the defendant Rich, purportedly on behalf of the First Parish Unitarian
Church of East Bridgewater (Church).
    We need not repeat the facts recited in the opinion of the Appeals
Court. We agree with the Appeals Court that the subsidiary facts found
by the master show that the Church's parish committee in effect ratified
the mortgage transactions. The parish committee should have conducted
an investigation, and, if it had done so, it would have discovered the
mortgages. The failure of the parish committee to act to disavow the
mortgages, of whose existence the committee should have known, consti-
tuted a ratification of them.
                           *Judgments of the Superior Court affirmed.*
    *Mark A. Michelson (Edward F. Fitzgerald with him) for the plaintiffs.*
    *Frank L. Bridges for Shawmut First County Bank, N.A., intervener.*
    *James Levensohn for Bay State Federal Savings & Loan Association.*